# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DAVID STULTS and BARBARA STULTS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN POP CORN CO., et al.,<br><br>Defendants. | NO. C11-4077-MWB |

## PLAINTIFF'S NOTICE OF SERVICE
## OF EXPERT WITNESS DISCLOSURES

The undersigned Counsel for Plaintiff hereby certifies that on the 31st day of August, 2012, Plaintiffs' Expert Witness Disclosures, minus the report of Dr. David Egilman, were served via e-mail and FedEx, upon all counsel of record.

Plaintiffs have filed a Motion seeking an additional seven (7) days to provide Dr. Egilman's report.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.


By /s/ Michael S. Kilgore

| | |
|---|---|
| Kenneth B. McClain | *Pro Hac Vice* |
| kbm@hfmlegal.com | |
| Steven E. Crick | *Pro Hac Vice* |
| sec@hfmlegal.com | |
| Scott A. Britton-Mehlisch | *Pro Hac Vice* |
| sbm@hfmlegal.com | |
| Scott B. Hall | *Pro Hac Vice* |
| sbh@hfmlegal.com | |
| Donald H. Loudon | *Pro Hac Vice* |
| dhl@hfmlegal.com | |
| Ari N. Rodopoulos | *Pro Hac Vice* |
| anr@hfmlegal.com | |
| Michael S. Kilgore | *Pro Hac Vice* |
| msk@hfmlegal.com | |

221 West Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966

and

MacDonald Smith
Dennis M. McElwain
SMITH AND MCELWAIN
505 - 5th Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102
Telephone: (712) 255-8094
Facsimile: (712) 255-3825
smitmcel@aol.com

**ATTORNEYS FOR PLAINTIFF**

2

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically with notice of this filing being served on the listed parties below by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

    Dated: August 31, 2012

                                             /s/ Michael S. Kilgore
                                      **ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| Thomas D. Allen | christopher.kelly@hklaw.com |
| Brannon J. Arnold | steven.raffaele@hklaw.com |
| M. Alan Holcomb | christopher.angius@hklaw.com |
| Weinberg Wheeler Hudgins Gunn & Dial, LLC | katherine.skeele@hklaw.com |
| 3344 Peachtree Road, NE, Suite 2400 | |
| Atlanta, GA 30326 | and |
| (404) 876-2700 | Brent B. Green |
| (404) 875-9433 - facsimile | Brad Obermeier |
| tallen@wwhgd.com | Duncan, Green, Brown & Langeness, P.C. |
| barnold@wwhgd.com | 400 Locust Street, Suite 380 |
| mholcomb@wwhgd.com | Des Moines, IA 50309 |
| and | (515) 288-6440 |
| William R. Hughes, Jr. | (515) 288-6448 - facsimile |
| Stuart Tinley Law Firm, LLP | bgreen@duncangreenlaw.com |
| 310 W. Kanesville Blvd., 2nd Floor | bobermeier@duncangreenlaw.com |
| Council Bluffs, IA 51502 | |
| (712) 322-4033 | **ATTORNEYS FOR CHR. HANSEN, INC.** |
| hughes.william@stuarttinley.com | |
| **ATTORNEYS FOR BUSH BOAKE ALLEN, INC. AND INTERNATIONAL FLAVORS & FRAGRANCES, INC.** | Jerry W. Blackwell |
| | Corey L. Gordon |
| | Kenneth W. Pearson |
| | Alyssa L. Rebensdorf |
| Christopher G. Kelly | Peter J. Gross |
| Steven Raffaele | BLACKWELL BURKE, P.A. |
| Christopher Angius | 431 South 7th Street, Suite 250 |
| Katherine Skeele | Minneapolis MN 55415 |
| Holland & Knight, LLP | (612) 343-3266 |
| 31 West 52nd Street | (612) 343-3205 - facsimile |
| New York, NY 10019 | jblackwell@blackwellburke.com |
| (212) 513-3264 | cgordon@blackwellburke.com |
| (212) 385-9010 - facsimile | arebensdorf@blackwellburke.com |

kpearson@blackwellburke.com
pgross@blackwellburke.com
and

Kevin M. Reynolds
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195
(515) 288-6041
(515) 246-1474
reynolds@whitfieldlaw.com

**ATTORNEYS FOR DEFENDANTS GENERAL MILLS, INC. & CONAGRA FOODS, INC.**

Paul E. Benson
Lee M. Seese
Michael Best & Friedrich LLP
100 E. Wisconsin Ave, Suite 3300
Milwaukee, WI 53202-4108
(414) 225-2757
(414) 277-0656 - facsimile
pebenson@michaelbest.com
lmseese@michaelbest.com

and

Matthew T. E. Early
Fitzgibbons Law Firm
108 N. 7th Street
P.O. Box 496
Estherville, IA 51334
(712) 362-7215
(712) 362-3526 - facsimile
mearly@fitzgibbonslawfirm.com

**ATTORNEYS FOR SENSIENT FLAVORS, LLC**

J. Michael Weston
Lederer, Weston & Craig, PLC
118 - 3rd Avenue SE, Suite 700
Cedar Rapids, IA 52406-1927

(319) 365-1184
(319) 365-1186 - facsimile
mweston@lwclawyerscom
Bruce W. Clark
Dechert, LLP
902 Carnegie Center, Ste 500
Princeton, NJ 08540
(609) 955-3200
(609) 873-9124 - facsimile
bruce.clark@dechert.com

Sean P. Wajert
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
(215) 994-2222 - facsimile
sean.wajert@dechert.com

**ATTORNEYS FOR FIRMENICH, INC.**

David E. Kawala
Angela R. Karras Neboyskey
Jon R. Knowles
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-8253
(312) 321-0990 - facsimile
dkawala@smbtrials.com
akarras@smbtrials.com
jknowles@smbtrials.com

and

Richard A. Stefani
Gray, Stefani & Mitvalsky, PLC
200 American Building
PO Box 456
Cedar Rapids, IA 52406
(319) 364-1535
(319) 364-1562 - facsimile
rickstefani@gsmlawyers.com

**ATTORNEYS FOR SYMRISE, INC.**

        Thomas J. Joensen
        Bradshaw, Fowler, Proctor & Fairgrave, P.C.
        801 Grand Avenue, Suite 3700
        Des Moines, IA 50309-8004
        (515) 246-5892
        (515) 246-5808 - facsimile
        joensen.thomas@bradshawlaw.com

        **ATTORNEYS FOR AMERICAN**
        **POP CORN COMPANY**