**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| **DAVID and BARBARA STULTS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AMERICAN POP CORN CO., et al.,**<br><br>Defendants. | **NO. C11-4077-MWB**<br><br>**PLAINTIFFS' STIPULATION OF DISMISSAL, WITH PREJUDICE AS TO DEFENDANT CONAGRA FOODS, INC.** |

COMES NOW Plaintiffs, David and Barbara Stults, through their counsel of record, and Defendant Conagra Foods, Inc., through its counsel of record, and hereby stipulate, pursuant to Rule 41(a)(1), that all claims and causes of action against Defendant Conagra Foods, Inc. are dismissed **with prejudice**. Each party shall bear his or her own respective costs.

Plaintiffs' claims against all other defendants remain pending and unaffected.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ Michael S. Kilgore

| | |
|---|---|
| Kenneth B. McClain | #32430 |
| Steven E. Crick | #32654 |
| Scott B. Hall | #50793 |
| J'Nan C. Kimak | #56596 |
| Michael S. Kilgore | #44149 |
| Donald H. Loudon, Jr. | #37153 |
| Andrew K. Smith | #60485 |

221 West Lexington, Suite 400
PO Box 900
Independence, MO 64051
(816) 836-5050
(816) 836-8966

Dennis M. McElwain
Smith & McElwain
505 South Fifth Street, Suite 530
Sioux City, IA 51102

ATTORNEYS FOR PLAINTIFFS

BLACKWELL BURKE P.A.

/s/Kenneth W. Pearson
Jerry Blackwell
Alyssa Rebensdorf
Kenneth W. Pearson
Peter J. Goss
Corey Gordon
Brendan M. Kenny
BLACKWELL BURKE, P.A.
431 South 7th Street, Suite 250
Minneapolis MN 55415
(612) 343-3266
(612) 343-3205 - facsimile
cgordon@blackwellburke.com
jblackwell@blackwellburke.com
arebensdorf@blackwellburke.com
kpearson@blackwellburke.com
pgross@blackwellburke.com
bkenny@blackwellburke.com
mailto:eciturs@blackwellburke.comand

Kevin M. Reynolds
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA 50309-4110
(515) 288-6041
(515) 246-1474 - facsimile
reynolds@whitfieldlaw.com

ATTORNEYS FOR DEFENDANTS GENERAL
MILLS, INC., & CONAGRA FOODS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with notice of this filing being served on the listed parties below by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 30, 2012                      _/s/Michael S. Kilgore_
                                        ATTORNEYS FOR PLAINTIFF

Christopher G. Kelly
Katherine Skeele
HOLLAND & KNIGHT, LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
(212) 385-9010 - facsimile
christopher.kelly@hklaw.com
katherine.skeele@hklaw.com
and
Brent B. Green
DUNCAN, GREEN, BROWN &
LANGENESS, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309
(515) 288-6440
(515) 288-6448 - facsimile
bgreen@duncangreenlaw.com
ATTORNEYS FOR COUNSEL FOR CHR.
HANSEN, INC.

Corey Gordon
Jerry Blackwell
Alyssa Rebensdorf
Kenneth W. Pearson
Peter J. Goss
Brendan M. Kenny
BLACKWELL BURKE, P.A.
431 South 7th Street, Suite 250
Minneapolis MN 55415
(612) 343-3266
(612) 343-3205 - facsimile
cgordon@blackwellburke.com
jblackwell@blackwellburke.com
arebensdorf@blackwellburke.com
kpearson@blackwellburke.com

pgross@blackwellburke.com
bkenny@blackwellburke.com
mailto:eciturs@blackwellburke.comand
and
Kevin M. Reynolds
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA 50309-4110
(515) 288-6041
(515) 246-1474 - facsimile
reynolds@whitfieldlaw.com
ATTORNEYS FOR DEFENDANTS
GENERAL MILLS, INC., & CONAGRA
FOODS, INC.

Paul E. Benson
Lee M. Seese
MICHAEL BEST & FRIEDRICH, LLP
100 E. Wisconsin Ave, Suite 3300
Milwaukee, WI 53202-4108
(414) 271-6560
(414) 277-0656 - facsimile
pebenson@michaelbest.com
lmsees@michaelbest.com
and
Matthew Early
FITZGIBBONS LAW FIRM
108 N. 7th Street
Estherville, IA 51334
(712) 362-7215
(712) 362-3526 - facsimile
mearly@fitzgibbonslawfirm.com
ATTORNEYS FOR SENSIENT
FLAVORS, LLC

J. Michael Weston
LEDERER WESTON CRAIG, PLC
118 3rd Avenue SE, Suite 700
Cedar Rapids, IA 52406-1927
(319) 365-1184
(319) 365-1186 - facsimile
mweston@lwclawyers.com
and
Bruce W. Clark
Clark Law Offices, PA
103 Carnegie Center, Suite 300
Princeton NJ 08540-6531
(609) 955-3477
(609) 955-3477 - facsimile
bruce.clark@lawclark.com
and
Sean P. Wajert
Shook, Hardy & Bacon, LLP
1650 Market St., Suite 3030
Philadelphia PA 19103
(215) 278-2430
(215) 278-2594 - facsimile
swajert@shb.com
ATTORNEY FOR FIRMENICH
INCORPORATED

David E. Kawala
Angela R. Karras Neboyskey
John Knowles
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
(312) 321-8436
(312) 321-0990 - facsimile
dkawala@smbtrials.com
akarras@smbtrials.com
jknowles@smbtrials.com
and
Richard A. Stefani
GRAY, STEFANI & MITVALSKY, PLC
200 American Building
PO Box 456
Cedar Rapids, IA 52406
(319) 364-1535
(319) 364-1562 - facsimile
rickstefani@gsmlawyers.com
ATTORNEYS FOR SYMRISE, INC.

Thomas J. Joensen
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
(515) 243-4191
(515) 246-5808 - facsimile
Joensen.thomas@bradshawlaw.com
ATTORNEY FOR AMERICAN
POP CORN COMPANY