# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| DAVID AND BARBARA STULTS, | No. C11-4077-MWB |
| Plaintiff, | |
| vs. | **ORDER REGARDING PLAINTIFF AND DEFENDANT AMERICAN POPCORN COMPANY'S JOINT MOTION TO DISMISS** |
| AMERICAN POPCORN CO., et al., | |
| Defendants. | |

_____

This case is before me on plaintiffs David and Barbara Stults and defendant American Popcorn Co.'s Stipulation for Dismissal, With Prejudice As To American Popcorn Company (docket no. 122). Although the Stults and American Popcorn have labeled their filing as a stipulation for dismissal, presumably pursuant to Rule 41(a)(1), I construe the filing as a motion for voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(2), because the filing was not signed by all parties who have appeared in the case. *See, e.g., Williams v. Clarke,* 82 F.3d 270, 272 (8th Cir. 1996); *Woody v. City of Duluth,* 176 F.R.D. 310, 313 (D. Minn. 1997). No resistance to the motion has been filed. The Stults and American Popcorn's joint motion is granted and the Stults' claims against American Popcorn are dismissed with prejudice. The Stults and American Popcorn shall each bear their own costs.

**IT IS SO ORDERED.**

**DATED** this 9th day of April, 2013.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA