# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

DAVID AND BARBARA STULTS,

    Plaintiffs,

v.

AMERICAN POPCORN CO., et al.,

    Defendants.

Case No. C11-4077-MWB

**STIPULATION FOR DISMISSAL OF CHR. HANSEN, INC. ONLY PURSUANT TO RULE 41(a) WITH PREJUDICE, ON THE MERITS AND WITHOUT COSTS**

    COMES NOW Plaintiffs, David and Barbara Stults, through their counsel of record, and Defendant Chr. Hansen, Inc., through its counsel of record, and hereby stipulate, pursuant to Rule 41(a)(1), that all claims and causes of action against Defendant Chr. Hansen, Inc. are dismissed **with prejudice**. Each party shall bear his or her own respective costs.

    Plaintiffs' claims against all other defendants remain pending and unaffected.

    Respectfully submitted,

    HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ J'Nan C. Kimak
| | |
|---|---|
| Kenneth B. McClain | #32430 |
| Steven E. Crick | #32654 |
| J'Nan C. Kimak | #56596 |
| Michael S. Kilgore | #44149 |

221 West Lexington, Suite 400
PO Box 900
Independence, MO 64051
(816) 836-5050
(816) 836-8966

Dennis M. McElwain
Smith & McElwain
505 South Fifth Street, Suite 530
Sioux City, IA 51102

ATTORNEYS FOR PLAINTIFFS

HOLLAND & KNIGHT LLP


/s/ Christopher W. Angius
Christopher G. Kelly
Katherine Anne Skeele
Christopher W. Angius
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
(212) 385-9010 - facsimile
**ATTORNEYS FOR CHR HANSEN, INC.**

2

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was filed electronically with notice of this filing being served on the listed parties below by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Dated: <u>July 23, 2013</u>          <u>/s/J'Nan C. Kimak</u>
                 ATTORNEYS FOR PLAINTIFF