UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DAVID STULTS and BARBARA STULTS, | CASE NO. C11-4077MWB |
| Plaintiffs, | |
| vs. | JUDGMENT IN A CIVIL CASE |
| INTERNATIONAL FLAVORS AND FRAGRANCES INC, SENSIENT FLAVORS LLC, BUSH BOAKE ALLEN INC and SYMRISE INC., | |
| Defendants. | |

**DECISION BY THE COURT:** This action came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs, David Stults and Barbara Stults, take nothing and this matter is dismissed in its entirety.

DATED: December 24, 2013

Robert L Phelps - Clerk
BY: s/kfs
Deputy Clerk