# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DAVID and BARBARA STULTS, Plaintiff(s) vs. INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al., Defendant(s) | **HEARING MINUTES** Sealed: NO <br> Case No.: 11-CV-4077-MWB <br> Presiding Judge: Mark W. Bennett <br> Deputy Clerk: /s/ Matt Jarvey <br> Court Reporter: Shelly Semmler  Contract? NO <br> (If yes, send copy to financial) <br> Recording: Yes  Method: FTR Gold |

| Date: | 8/11/2014 | Start: | 8:06am | Adjourn: | 4:51pm | Courtroom: | Donald E. O'Brien Courtroom |
|---|---|---|---|---|---|---|---|
| Recesses: | 8:25am-8:30am; 10:22am-10:39am; 11:53am-12:47pm; 3:07pm-3:30pm | | | Time in Chambers: | | Telephonic? | No |
| Appearances: | Plaintiff(s): | Dennis M McElwain, Michael S Kilgore, Kenneth Blair McClain, Scott A Britton-Mehlisch, Scott B Hall, Steven Edward Crick; Jay Smith; Lauren McClain | | | | | |
| | Defendant(s): | David I Matthews, Jeff W Wright, Richard H Hill, II, Earl W Gunn, Michael Alan Holcomb | | | | | |
| | U.S. Probation: | | | | | | |
| | Interpreter: | -- | | Language: -- | | Certified: -- | Phone -- |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **TRIAL:** | Jury: X | Non-jury: | Day: | 1 | |
| | Motion(s): | D's motion to exclude David Egilman's testimony | Ruling: | Denied | |
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | |
| | 8:06am-8:25am | Pretrial matters | | | |
| | 8:30am-10:22am | Jury selection | | | |
| | 10:39am-11:53am | Jury selection; Jury empaneled | | | |
| | 12:47pm-3:07pm | Court hears evidence related to D's *Daubert* motion: David Egilman; Jury instructions read; P opening; D opening; David Egilman | | | |
| | 3:30pm-4:51pm | David Egilman | | | |

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
| **Witness/Exhibit List is** | Filed separately at end of trial. |  |
| **Miscellaneous:** |  |  |