# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| DAVID and BARBARA STULTS, Plaintiff(s) vs. INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al., Defendant(s) | **HEARING MINUTES** Sealed: NO<br>Case No.: 11-CV-4077-MWB<br>Presiding Judge: Mark W. Bennett<br>Deputy Clerk: /s/ Matt Jarvey<br>Court Reporter: Shelly Semmler  Contract? NO<br>(If yes, send copy to financial)<br>Recording: Yes   Method: FTR Gold |

| Date: 8/12/2014 | Start: 8:00am | Adjourn: 4:31pm | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: 8:21am-8:29am; 10:06am-10:27am; 11:59am-12:54pm; 2:40pm-3:02pm | | Time in Chambers: | Telephonic? No |

| Appearances: | Plaintiff(s): | Dennis M McElwain, Michael S Kilgore, Kenneth Blair McClain, Scott A Britton-Mehlisch, Scott B Hall, Steven Edward Crick; Jay Smith; Lauren McClain |
|---|---|---|
| | Defendant(s): | David I Matthews, Jeff W Wright, Richard H Hill, II, Earl W Gunn, Michael Alan Holcomb |
| | U.S. Probation: | |
| | Interpreter: -- | Language: --  Certified: --  Phone -- |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? Yes | Continued from a previous date? No |
|---|---|---|---|

| **TRIAL:** | Jury: X | Non-jury: | Day: 2 |
|---|---|---|---|
| | Motion(s): | | Ruling: |

| Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) |
|---|---|---|
| 8:00am-8:21am | Pretrial matters | |
| 8:29am-10:06am | David Egilman | |
| 10:27am-11:59am | David Egilman | |
| 12:54pm-2:40pm | David Egilman; Alan Parmet | |
| 3:02pm-4:31pm | Alan Parmet; Ken Stults; Karen Alexander (via deposition); Carlos Montenegro (via video deposition) | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **Witness/Exhibit List is** | Filed separately at end of trial. |  |
| **Miscellaneous:** |  |  |