# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DAVID and BARBARA STULTS,<br><br>    Plaintiff(s)<br><br>vs.<br><br>INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al.,<br><br>    Defendant(s) | **HEARING MINUTES**   Sealed:   NO<br><br>Case No.:  11-CV-4077-MWB<br><br>Presiding Judge:  Mark W. Bennett<br><br>Deputy Clerk:  /s/ Matt Jarvey<br><br>Court Reporter: Shelly Semmler      Contract?   NO<br><br>(If yes, send copy to financial)<br><br>Recording: Yes       Method: FTR Gold |

| Date: 8/13/2014 | Start: 8:15am | Adjourn: 4:52pm | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: 8:17am-8:30am; 10:11am-10:29am; 12:01pm-1:14pm; 2:46pm-3:06pm | | Time in Chambers: | Telephonic? No |

| Appearances: | Plaintiff(s): | Dennis M McElwain, Michael S Kilgore, Kenneth Blair McClain, Scott A Britton-Mehlisch, Scott B Hall, Steven Edward Crick; Jay Smith; Lauren McClain |
|---|---|---|
| | Defendant(s): | David I Matthews, Jeff W Wright, Richard H Hill, II, Earl W Gunn, Michael Alan Holcomb |
| | U.S. Probation: | |
| | Interpreter: -- | Language: --    Certified: --    Phone -- |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **TRIAL:** | Jury:  X | Non-jury: | Day: | 3 | |

| Motion(s): | | Ruling: | |
|---|---|---|---|
| Time: | Event: | (Insert more rows as needed.   Page numbering is automatic.) | |
| 8:15am-8:17am | Pretrial matters | | |
| 8:30am-10:11am | Carlos Montenegro (via video deposition); Rod Swenson; Kathie Allison | | |
| 10:29am-12:01pm | Kathie Allison; Lee Brouwer; Richard Ostrander; John Ward | | |
| 1:14pm-2:46pm | John Ward; David Carroll (via video deposition) | | |
| 3:06pm-4:52pm | David Carroll (via video deposition); Barbara Stults | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
| **Witness/Exhibit List is** | Filed separately at end of trial. |  |
| **Miscellaneous:** |  |  |

Case 5:11-cv-04077-MWB-CJW   Document 340   Filed 08/14/14   Page 2 of 2