# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| DAVID and BARBARA STULTS, Plaintiff(s) vs. INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al., Defendant(s) | **HEARING MINUTES** Sealed: NO<br>Case No.: 11-CV-4077-MWB<br>Presiding Judge: Mark W. Bennett<br>Deputy Clerk: /s/ Matt Jarvey<br>Court Reporter: Shelly Semmler  Contract? NO<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: 8/14/2014 | Start: 8:03am | Adjourn: 4:54pm | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: 8:27am-8:30am; 10:10am-10:30am; 12:00pm-1:12pm; 2:45pm-3:05pm | | Time in Chambers: | Telephonic? No |
| Appearances: | Plaintiff(s): | Michael S Kilgore, Kenneth Blair McClain, Scott A Britton-Mehlisch, Scott B Hall, Steven Edward Crick; Lauren McClain | |
| | Defendant(s): | David I Matthews, Jeff W Wright, Richard H Hill, II, Earl W Gunn, Michael Alan Holcomb | |
| | U.S. Probation: | | |
| | Interpreter: -- | Language: -- | Certified: -- Phone -- |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? Yes | Continued from a previous date? No |
|---|---|---|---|
| **TRIAL:** | Jury: X  Non-jury:  Day: 4 | | |
| | Motion(s): (1) D's motion in limine (docket no. 339) (2) D's Rule 50 motion for judgment as a matter of law | Ruling: | (1) Denied (2) Defer ruling until next trial day |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) |
| | 8:03am-8:27am | Pretrial matters | |
| | 8:30am-10:10am | David Stults | |
| | 10:30am-12:00pm | David Stults; Charles Pue | |
| | 1:12pm-2:45pm | Charles Pue; P rests | |
| | 3:05pm-4:54pm | Coreen Robbins | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Witness/Exhibit List is** | Filed separately at end of trial. |  |
| **Miscellaneous:** |  |  |